DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY DESHAZIOR**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-1980

[November 8, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 062013CF005399A88810.

Gregory Deshazior, Miami, pro se.

No appearance required of appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***